**No. 60635.**—J. R. Importing Co., Inc., et al. *v.* United States, protests 280393–K, etc. (New York).

Opinion by OLIVER, C. J.  In accordance with stipulation of counsel that the merchandise consists of dime savings banks the same in all material respects as those the subject of *M. Pressner & Co.* v. *United States* (36 Cust. Ct. 262, C. D. 1784), the claim of the plaintiffs was sustained.

**No. 60636.**—Renard Company *v.* United States, protest 302387–K (New York).

Opinion by MOLLISON, J.  In accordance with stipulation of counsel that the merchandise consists of aquafern similar in all material respects to that the subject of *Westchester Aquarium Supply Co.* v. *United States* (36 Cust. Ct. 146, C. D. 1767), the claim of the plaintiff was sustained.